# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN JACOB O'BRIEN, JR.**, | : CIVIL ACTION NO. 1:09-CV-2517 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **WARDEN CAMPBELL**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 25th day of January, 2010, upon consideration of the document (Doc. 11), filed by plaintiff, requesting a conference under Rule 26(f) of the Federal Rules of Civil Procedure, and it appearing that the above-captioned matter is a proceeding exempt from initial disclosure, see FED. R. CIV. P. 26(a)(1)(B)(iv) (providing that "an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision" is a proceeding exempt from initial disclosure), and the court finding no reason to compel a Rule 26(f) conference, see FED. R. CIV. P. 26(f)(1) ("*Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise*, the parties must confer . . . .") (emphasis added), it is hereby ORDERED that the document (Doc. 11) is CONSTRUED as a motion to compel defendants to confer with plaintiff, and is DENIED as so construed.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge