# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOHN JACOB O'BRIEN, | : | CIVIL ACTION NO. 1:09-CV-2517 |
|---|---|---|
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **WARDEN CAMPBELL**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of July, 2010, upon consideration of the order of court (Doc. 33) dated June 28, 2010, granting the motion (Doc. 31) to withdraw as attorney for plaintiff John Jacob O'Brien, Jr. ("O'Brien"), and temporarily staying the schedule for briefing the motion (Doc. 18) to dismiss filed by defendants William Campbell, Thomas Bauman, Lt. Hampton, and Zane Kishbaugh (collectively, "defendants"), and it appearing that O'Brien has elected to proceed *pro se* in the above-captioned matter, (see Doc. 33 ¶ 2), it is hereby ORDERED that the temporary stay is LIFTED.  On or before August 4, 2010, O'Brien shall file either a brief in opposition to the motion (Doc. 18) to dismiss or an amended complaint. Failure to do so may result in the motion (Doc. 18) being granted as unopposed.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge